UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Jason Goode, | |
| Plaintiff, | Civil No. 3:24-cv-01010 (KAD) |
| v. | |
| Scott Salius *et al.*, | |
| Defendants. | June 17, 2024 |

**RULING AND ORDER ON**
**MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***

Plaintiff Jason Goode moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. For the reasons explained below, his motion is granted.

A plaintiff filing a complaint in federal court must generally pay a filing fee and an administrative fee that total $405.00. *See* 28 U.S.C. § 1914. However, a qualifying inmate plaintiff may proceed *in forma pauperis*, meaning that the $55.00 administrative fee is waived and the plaintiff pays the $350.00 filing fee over time. *See* 28 U.S.C. § 1915(a)–(b). The plaintiff cannot qualify if he has on three or more occasions brought an action that was dismissed "on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief can be granted." *Id.* § 1915(g). Here, the issue is whether Mr. Goode qualifies for *in forma pauperis* status.

To demonstrate eligibility for *in forma pauperis* status, a plaintiff must submit an affidavit showing that he is "unable to pay" the filing and administrative fees. *Id.* He must also provide a copy of his prison trust account statement. *Id.* The statement must cover six months prior to the filing and be certified by a prison official. *Id.*

A plaintiff is "unable to pay" within the meaning of 28 U.S.C. § 1915 if he cannot pay the total $405.00 fee while also affording the necessities of life. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). The plaintiff need not be "absolutely destitute" to qualify for *in forma pauperis* status. *Id.*; *see also Rosa v. Doe*, 86 F.4th 1001, 1008 (2d Cir. 2023) (noting that, when deciding an *in forma pauperis* motion, the court should consider whether the plaintiff supports dependents, not just whether the plaintiff has enough money to cover the fees). Rather, the affidavit is sufficient if it shows that the plaintiff "cannot because of his poverty" pay the fees "and still be able to provide himself and dependents with the necessities of life." *Adkins*, 335 U.S. at 339 (quotation marks omitted).

Mr. Goode cannot afford to pay the filing and administrative fees because his spendable trust account balance is only $26.31. (Prisoner Trust Fund Acct. Stat., ECF No. 4). This does not include the $350.00 set aside for payment of past filings for which he received *in forma pauperis* status. *Id.* He indicates that his income is only $30.00 a month. (Mot. for Leave to Proceed *in Forma Pauperis* 2, ECF No. 2).

The motion for leave to proceed *in forma pauperis* is granted.

/s/ Thomas O. Farrish
Hon. Thomas O. Farrish
United States Magistrate Judge

2